O. Aldon James, Jr., et al., Appellants, v The National Arts Club et al., Respondents.

Submitted February 19, 2013; decided April 2, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge Read taking no part.

The People of the State of New York, Respondent, v Western Express International, Inc., et al., Defendants, and Douglas Latta et al., Appellants.

Decided April 2, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie. The terms of this Court's remittitur were not violated [see 19 NY3d 652 (2012)].

The People of the State of New York ex rel. Hilary Best, Appellant, v Ann Marie Barbarotta, Respondent.

Submitted February 25, 2013; decided April 2, 2013

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion for a stay dismissed as academic.

In the Matter of Kenneth Robinson, Appellant, v Jeffrey Arlen Spinner et al., Respondents.

Decided April 2, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.